

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW

200 GARDEN CITY PLAZA, SUITE 315
GARDEN CITY, NEW YORK 11530

TEL: (516) 248-6400
FAX: (516) 248-6422
WWW.DHCLEGAL.COM

FIRM OFFICES

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
1211 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036
(202) 347-1117

WRITER'S DIRECT: 516-247-4410
E-MAIL: tpm@dhclegal.com

May 28, 2014

**BY ELECTRONIC CASE FILING**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   TechReserves Inc. v. Delta Controls Inc. et al.
      Docket No.: 14-1510

Dear Ms. Wolfe:

This office represents Plaintiff-Appellant TechReserves Inc. in the above-referenced matter. In accordance with the rules of this Court, I am writing to provide a status of Plaintiff-Appellant's request for the transcript of the oral argument before the Honorable George B. Daniels in the court below on Defendant-Appellee's motion to dismiss the complaint.

A copy of the transcript was requested on May 14, 2014. To date, the court reporter has not provided a copy of the transcript, but has advised that a copy will available by June 4, 2014.

Respectfully submitted,

Thomas P. Mohen

cc:   Michael A. Lindsay, Esq. (By ECF)
      Donald E. Watnick, Esq. (By ECF)
      Kimberly Gay, Deputy Clerk (By ECF)

80102875v.1